UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MATTHEW WOLFE,**

    **Plaintiff,**

**v.**                                                               **Case No.  4:25-cv-426-TKW-MAF**

**FLORIDA DEPARTMENT OF
CORRECTIONS, et al.**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 15). No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed under 28 U.S.C. §1915(g) because Plaintiff is a "three-striker," the complaint does not allege a plausible claim of "imminent danger," and Plaintiff did not pay the filing fee. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's motion to proceed in forma pauperis (Doc. 2) is DENIED.

3. This case is DISMISSED without prejudice under 28 U.S.C. §1915(g).

    4.      All pending motions are DENIED as moot.

    5.      The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 29th day of December, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**